```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2017
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------- x

MARAH PETERKIN, Individually and
on Behalf of all Others Similarly
Situated,

                Plaintiff,

  - against –

UNIRUSH, LLC d/b/a UNIRUSH FINANCIAL
SERVICES, RUSH COMMUNICATIONS, LLC,
RUSH COMMUNICATIONS OF NYC, INC.,
META FINANCIAL GROUP, INC. and
METABANK,

                Defendants.

---------------------------------------------- x

Case No.:1:15-cv-08573-PAE

**NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(A)(1)(a)(i)**

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Marah Peterkin, by her counsel, hereby gives notice that the above captioned action is voluntarily dismissed with prejudice as against all named Defendants.

Dated: January 5, 2017

                                              Respectfully submitted,

                                              */s/ Hunter Shkolnik*

                                              Hunter Shkolnik (HS4854)
                                              Salvatore C. Badala (SB 1587)
                                              Napoli Shkolnick PLLC
                                              360 Lexington Avenue, 11th Fl.
                                              New York, NY 10017
                                              Tele: (212) 397-1000
                                              Fax: (646) 843-7603
                                              Hunter@NapoliLaw.com
                                              SBadala@NapoliLaw.com

**IT IS SO ORDERED**

Dated: 1/6/17

                                              *Paul A. Engelmayer*
                                              Hon. Paul A. Engelmayer
                                              United States District Judge